**Order entered November 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00440-CV

### LONNIE CHARLES CHALMERS, Appellant

### V.

### CITY DALLAS POLICE DEPARTMENT, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-14982**

## ORDER

We **DIRECT** the Clerk of this Court to issue the mandate forthwith.


/s/      DOUGLAS S. LANG
          JUSTICE